UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

GEEBO LLC, d/b/a THE SOMERS HOUSE,

    Plaintiff,

  v.              Case No. 2:19-cv-00175

VILLAGE OF SOMERS, *et al.*,

    Defendants.

---

## STIPULATION PROVIDING EXTENSION
## FOR PLAINTIFF'S SUMMARY JUDGMENT RESPONSE MATERIALS

  The parties, by their counsel, enter into this Stipulation agreeing that Plaintiff's materials in response to Defendants' pending Motion for Summary Judgment will be due on or before **October 9, 2020**, instead of the current deadline of **October 5, 2020**.


Dated: October 2, 2020       *Electronically signed by Ryan M. Wiesner*
                  Ryan M. Wiesner
                  *Counsel for Plaintiff*


Dated: October 2, 2020       *Electronically signed by Jason P. Gehring*
                  Jason P. Gehring
                  *Counsel for Defendants*