UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

GEEBO LLC, d/b/a THE SOMERS HOUSE,

    Plaintiff,

v.

    Case No. 2:19-cv-00175

VILLAGE OF SOMERS, *et al.*,

    Defendants.

**ORDER GRANTING EXTENSION**
**FOR PLAINTIFF'S SUMMARY JUDGMENT RESPONSE MATERIALS**

Based on the Stipulation entered by the parties:

**IT IS HEREBY ORDERED** that Plaintiff's materials in response to Defendants' pending Motion for Summary Judgment will be due on or before **October 9, 2020**.