UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GEEBO LLC, ,

                Plaintiff,

                                      Case No. 19-cv-00175-bhl

   v.

VILLAGE OF SOMERS, et al.,

                Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO AMEND PLEADINGS AND SETTING DEADLINES FOR DISCOVERY AND RESPONSIVE PLEADINGS

This action came before the Court for a Status Conference on October 8, 2020, with participation from all counsel of record. Based on the rulings and discussions put on the record,

**IT IS HEREBY ORDERED:**

1. That Plaintiff's Rule 7(h) Expedited, Non-Dispositive Motion for Leave to File Second Amended Complaint (ECF No. 49) is **GRANTED**. The Second Amended Complaint (ECF No. 49-1) is the operative pleading in this action.

2. That Defendants shall file a responsive pleading to the Second Amended Complaint within **30 days** of October 8, 2020. A briefing schedule on motions to dismiss, if any, shall be governed by Civil Local Rule 7.

3. That the parties shall have **60 days** from October 8, 2020 to conduct discovery on the constitutional claim raised for the first time in Plaintiff's Second Amended Complaint. Parties must serve requests for written discovery at least thirty days before the deadline to allow the opposing party sufficient time under the rules to respond by the deadline.

4. Briefing on all outstanding dispositive motions is hereby stayed until further notice.

5. The Court will conduct a Status Conference on **December 10, 2020** at **10:00 a.m.** with further instructions for that hearing, if any, to be established by the Court.

SO ORDERED on October 14, 2020.

s/ Brett H. Ludwig
BRETT H. LUDWIG
United States District Judge