

December 22, 2020

*Via ECF Filing Only*

Honorable Brett H. Ludwig
Eastern District of Wisconsin
United States Courthouse, Room 271
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202

      Re:    *Geebo LLC v. Village of Somers, et al.*, Case No. 19-cv-175

Dear Judge Ludwig:

On behalf of all counsel, I'm notifying the Court of the parties' intent to retain a private mediator to try to resolve this matter. We, nonetheless, thank the Court for its offer to let us use the federal magistrate mediation program.

Sincerely,

Davis & Kuelthau, s.c.

*s/ Ryan M. Wiesner*

Ryan M. Wiesner

CC:    Atty. Jason Gehring (with permission)