

March 5, 2021

The Honorable Brett H. Ludwig
U. S. District Court Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee WI 53202

      Re:    Geebo, LLC d/b/a The Somers House v. Village of Somers, et al.
             Case No.:    2:19-cv-00175-BHL
             Our File No.:  231.233034

Dear Judge Ludwig:

    Following mediation, the parties reached a settlement in principal of the above matter subject to Village of Somers Board approval. The parties jointly request that the Court issue an order staying all deadlines in the case for sixty days so that the settlement can be taken up by the Village Board and finalized. Assuming the settlement is approved, the parties expect that they will then be submitting a stipulation for dismissal within sixty days.

    Thank you.

                                           Very truly yours,

                                           Jason P. Gehring

JPG/cet
cc:    Ryan M. Wiesner, Esq.
        Andrew M. Skwierawski, Esq.

ONE PARK PLAZA | 11270 WEST PARK PLACE, 5TH FLOOR | MILWAUKEE, WI 53224
T: 414.577.4000 | F: 414.577.4400
WWW.KASDORF.COM
A Limited Liability Service Corporation